BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAR 04 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FUENTES SANCHEZ,<br><br>Defendants. | CASE NO. 1:97-MG-02154-SMS<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND RECALL WARRANT PURSUANT TO FED.R.CRIM.PROC. 48(a); [PROPOSED] ORDER |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Complaint in this case, as to the above-named defendant, in the interest of justice, and recall the arrest warrant. This request is made due to the age of the case.

Dated: March 4, 2016                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /s/ LAUREL J. MONTOYA
                                            LAUREL J. MONTOYA
                                            Assistant United States Attorney


IT IS SO ORDERED.

DATED: 3/4, 2016

_____
HON. BARBRA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE